# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
Civil Action No. 3:08cv12

ANDREW EUGENE STOWE

**Plaintiff,**

vs.

**WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER,**

**Defendants**

ORDER REGARDING
JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT
WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER AND
SUBSTITUTION OF WAL-MART STORES,
EAST, L.P.

THIS CAUSE came before this Court on the parties' Joint Stipulation of Dismissal As To Defendant Wal-Mart Stores, Inc., d/b/a Wal-Mart Supercenter, and the Substitution of Wal-Mart Stores East, L.P. as defendant.

ORDERED AND ADJUDGED as follows:

Defendant Wal-Mart Stores, Inc., d/b/a Wal-Mart Supercenter, is hereby dismissed from this action with prejudice and "Wal-Mart Stores East, L.P." will be substituted as the corporate defendant. This action will continue as "Andrew Eugene Stowe v. Wal-Mart Stores East, L.P."

Signed: January 14, 2008

Graham C. Mullen
United States District Judge