IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV12

| | |
|---|---|
| ANDREW EUGENE STOWE,<br>　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br>　　　　　　Defendant. | ORDER |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 10].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: August 20, 2008

Graham C. Mullen
United States District Judge